**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:  
Susan Edison Pope  
Keith Lee Pope  
SSN# : XXX-XX-3440  
SSN# : XXX-XX-3314  

Case No. 19-50610

Chapter 13

**TRUSTEE'S OBJECTION TO CLAIM**

**The undersigned Chapter 13 Trustee objects to the following proof of claim for the specific reason as set forth herein:**

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 56 | 7 | US Bank Trust NA | 4947 | $325.00 | $325.00 | S-Secured-Pro-Rata |

A Notice of Post-petition Mortgage Fees, Expenses and Charges was filed by the creditor in this case (Official Form 410S2 Supplement 2) as detailed above requesting Attorney's fees (Plan Review) and or Bankruptcy/Proof of claim fees. The request does not comply with WDNC Local Rule 2016-2(i)(3) as amended, and the request for fees should be stricken.

The Trustee's objection is intended to resolve the treatment of the claim under the Chapter 13 plan. It may not be determinative of the status of affected lien(s) upon discharge.

Dated: 4/2/2020

Steven G. Tate  
Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:  
Susan Edison Pope  
Keith Lee Pope  
SSN# :  XXX-XX-3440  
SSN# :  XXX-XX-3314  

Case No.  19-50610

Chapter 13

## NOTICE OF OPPORTUNITY FOR HEARING

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Objection to Claim.  A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 5/28/2020, you or your attorney must do three things:

**1. File with the Court a written response requesting that the Court hold a hearing and explaining your position.  File the response at:**

CLERK, U.S. BANKRUPTCY COURT  
401 W Trade St Room 111  
Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

If you file a response, then a hearing will be held at the following time and place:

Date:  6/5/2020                              Time:  9:30 AM

Location:       U.S. Courthouse  
Main Courtroom, First Floor  
200 West Broad Street  
Statesville , NC 28677

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 4/2/2020

Steven G. Tate, Chapter 13 Trustee  
212 Cooper St  
Statesville, NC  28677-5856  
(704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:  Case No. 19-50610
Susan Edison Pope
Keith Lee Pope  Chapter 13
SSN# : XXX-XX-3440
SSN# : XXX-XX-3314

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 4/7/2020.

W. Ivey
Office of the Chapter 13 Trustee

BSI Financial Services, 1425 Greenway Drive #400, Irving, TX 75038
Susan Edison Pope, Keith Lee Pope, 189 Hudspeth Road, Statesville, NC 28677
US Bank Trust NA, BSI Financial Services, 314 Franklin Street, Titusville, PA 16354

Total Served: 3